IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. MCNEIL, | ) | 8:07CV145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on seven separate motions filed by Plaintiff on August 4, 2008. (Filing Nos. 30, 32, 34, 36, 38, 40, and 41.) Summarized and condensed, the motions request copies, amendments to the complaint, the issuance of subpoenas, and the appointment of a guardian ad litem.

This matter was dismissed and a Judgment was entered on May 16, 2007. (Filing Nos. 12 and 13.) Plaintiff did not appeal and the time in which to do so has passed. See Fed. R. App. P. 4(1). On October 16, 2007, the court denied eight nearly-identical Motions in this matter. (Filing No. 25.) The court will not reconsider its previous decisions and Plaintiff's Motions are therefore denied.[1]

IT IS THEREFORE ORDERED that: Plaintiff's pending motions (filing nos. 30, 32, 34, 36, 38, 40, and 41) are denied.

August 19, 2008.  BY THE COURT:

 s/ Joseph F. Bataillon
 Chief United States District Judge

---

[1] Plaintiff appears to have re-titled some of his Motions. (See Filing Nos. 38 and 41.) However, the Motions all seek to re-open this matter and the court sees no reason to do so.